UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

MAURICE HUGHLEY,

    Petitioner,

v.                                                                    No.: 3:05-cv-234

SHERIFF JIM BERRONG,

    Respondent.

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, the petition for the writ of habeas corpus is **DENIED** and this action is **DISMISSED**. Should the petitioner give timely notice of an appeal from this decision, such notice will be treated as an application for a certificate of appealability, which under the circumstances is hereby **DENIED**. Rule 22(b) of the FEDERAL RULES OF APPELLATE PROCEDURE. The court further **DENIES** the petitioner leave to proceed *in forma pauperis* on appeal. Rule 24 of the FEDERAL RULES OF APPELLATE PROCEDURE.

    **E N T E R :**

                                              s/ Thomas A. Varlan
                                              UNITED STATES DISTRICT JUDGE